IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02376-BNB

FELISA WEATHERALL,

      Plaintiff,

v.

VEOLIA TRANSPORTATION,

      Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 6 2011

GREGORY C. LANGHAM
CLERK

_____

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

_____

Plaintiff Felisa Weatherall, acting *pro se*, initiated this action by filing a Title VII

Complaint on September 9, 2011 asserting employment discrimination. Ms. Weatherall

has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Court must construe Ms. Weatherall's filings liberally because she is not

represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.

Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court must not act as a

*pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Ms.

Weatherall will be directed to file an amended complaint.

Ms. Weatherall alleges in her Complaint that she has been discriminated against

based on her race and disability. She, however, does not state any claims for relief or

state factual allegations that would support her claims. Pursuant to Rule 8 of the

Federal Rules of Civil Procedure, a complaint must "contain (1) a short and plain

statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement

of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief

sought . . . ." Ms. Weatherall will be directed to amend her Complaint and complete the "Request for Relief" section of the complaint form. Accordingly, it is

ORDERED that Plaintiff Felisa Weatherall file **within thirty days from the date of this Order** an amended complaint that complies with this Order. It is

FURTHER ORDERED that Ms. Weatherall shall obtain the Court-approved Title VII Complaint form, along with the applicable instructions, at www.cod.uscourts.gov for use in filing the Amended Title VII Complaint. It is

FURTHER ORDERED that if Ms. Weatherall fails to file an amended complaint, as directed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 16th day of September, 2011.

BY THE COURT:

_s/Craig B. Shaffer_
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02376-BNB

Felisa Weatherall
18063 E Ford Pl
Aurora, CO 80017

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 16, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
                     Deputy Clerk