IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02376-BNB

FELISA R. WEATHERALL,

    Plaintiff,

v.

VEOLIA TRANSPORTATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 5 2011

GREGORY C. LANGHAM
                CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02376-BNB

Felisa R Weatherall
18063 E Ford Pl
Aurora, CO 80017

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 5, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk