IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02376-LTB-MJW

FELISA R. WEATHERALL,

    Plaintiff,

v.

VEOLIA TRANSPORTATION,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: October 11, 2011

BY THE COURT:

s/ Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02376-LTB-MJW

Felisa R. Weatherall
18063 E. Ford Pl
Aurora, CO 80017

US Marshal Service
Service Clerk
Service forms for: Veolia Transportation

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Veolia Transportation: AMENDED COMPLAINT FILED 10/04/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 12, 2011.

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                             Deputy Clerk