**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-02376-LTB-MJW

FELISA R. WEATHERALL,

       Plaintiff,

v.

VEOLIA TRANSPORTATION,

       Defendant.

---

## ORDER

---

      Pursuant to D.C.COLO.LCivR 72.2, the parties have filed a unanimous consent to Magistrate Judge, 28 U.S.C. § 636 jurisdiction.  I exercise my discretion pursuant to D.C.COLO.LCivR 72.2(e) to decline to enter an Order pursuant to 28 U.S.C. § 636( c ) Consent Jurisdiction to a Magistrate Judge.

      IT IS FURTHER ORDERED that the Order of Reference to United States Magistrate Judge entered October 12, 2011 (Doc 8) remains in full force and effect.

                BY THE COURT:


                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: January 12, 2012