**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02376-LTB-MJW

FELISA R. WEATHERALL,

    Plaintiff,

v.

VEOLIA TRANSPORTATION,

    Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Motion to Withdraw as Counsel (Doc 32 - filed May 16, 2012) is **GRANTED**. Christian J. Schmidt is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Wade Warthen of The Nelson Law Firm, LLC.

DATED: May 17, 2012

---