**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02376-LTB-MJW

FELISA R. WEATHERALL,

    Plaintiff,

v.

VEOLIA TRANSPORTATION,

    Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Motion to Dismiss Plaintiff's Amended Complaint (Doc 34 - filed July 12, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: July 13, 2012